467 A.2d 1302

**COMMONWEALTH of Pennsylvania**

v.

**Carlton LANE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1983.

Decided Dec. 5, 1983.

Joseph G. Feldman, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Alan Sacks, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

32

### ORDER

PER CURIAM.

The Judgments of Sentence are affirmed.